

# United States District Court
WESTERN DISTRICT OF TENNESSEE
Eastern Division

## JUDGMENT IN A CIVIL CASE

RUSSELL WELLINGTON,

v.

C.O. MANESS, et al.,                    CASE NUMBER:   1:04-1331-T/An

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 6/21/2005, this case is hereby DISMISSED and CERTIFYING that any Appeal by plaintiff is not taken in good faith. It is further REAFFIRMING previous sanctions and IMPOSING further sanctions.

APPROVED:

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

                                        THOMAS M. GOULD
                                        CLERK

_6/23/2005_____     BY: _____
DATE                              DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _6/24/05_.



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 1:04-CV-01331 was distributed by fax, mail, or direct printing on June 24, 2005 to the parties listed.

---

Russell Wellington
122766
1499 R.W. Moore Memorial Highway
Only, TN 37140--405

Honorable James Todd
US DISTRICT COURT